UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUNG LAM,<br><br>　　　　Plaintiff,<br>　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No. 5:14-cv-00877-PSG<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>**(Re: Docket No. 20)** |

In light of the resolution of Plaintiff Hung Lam's criminal case, the court sets this matter for a status conference on Thursday, August 14, 2014, at 10 AM.[1]  Telephonic appearances may be made without leave of the court.

**IT IS SO ORDERED**

Dated: August 12, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] See Docket No. 20 at 1 ("PLAINTIFF HEREBY NOTIFY THE COURT AND DEFENDANTS that criminal charges against Plaintiff have been fully resolved as of today, August 11, 2014.").

1
Case No. 5:14-cv-00877-PSG
ORDER SETTING STATUS CONFERENCE