UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUNG LAM,<br><br>　　　　Plaintiff,<br>　v.<br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No. 5:14-cv-00877-PSG<br><br>**ORDER LIFTING STAY**<br><br>**(Re: Docket No. 20 and 23)** |

- The stay in this case is lifted.

- The parties shall meet and confer on the case management issues discussed at the hearing. In particular, the parties shall formalize their agreement that this case can proceed with all discovery as to Officer West stayed.

- Defendants shall serve a responsive pleading within twenty days of this order.

- The parties shall submit a joint case management statement by Tuesday, October 7, 2014, and appear at a case management conference on Tuesday, October 14, 2014, at 10 AM.

- Officer West shall submit a consent or declination to magistrate judge jurisdiction within fourteen days.

**IT IS SO ORDERED**

Dated: August 14, 2014

　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge