UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUNG LAM, | ) Case No. 5:14-cv-00877-PSG |
| Plaintiff, | ) **CASE SCHEDULING ORDER** |
| v. | ) **(Re: Docket No. 27)** |
| CITY OF SAN JOSE, et al., | ) |
| Defendants. | ) |

Based on the parties' joint case management statement and the case management conference on October 14, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that the parties participate in a neutral evaluation with United States Magistrate Judge Howard Lloyd. The parties shall contact him within 14 days to schedule the evaluation on or before February 20, 2015.

---

[1] *See* Docket No. 28.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | June 19, 2015 |
| Designation of Opening Experts with Reports | June 19, 2015 |
| Designation of Rebuttal Experts with Reports | July 17, 2015 |
| Last Day for Dispositive Motions | July 21, 2015 |
| Expert Discovery Cut-Off | August 14, 2015 |
| Dispositive Motions Hearing | August 25, 2015 |
| Pre-Trial Conference | October 6, 2015 |
| Jury Trial | October 19, 2015 |

**SO ORDERED.**

Dated: October 30, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge