United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUNG LAM,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF SAN JOSE, et al.,<br><br>                    Defendants. | Case No. 5:14-cv-00877-PSG<br><br>**ORDER CLARIFYING CASE<br>SCHEDULING ORDER**<br><br>**(Re: Docket No. 29)** |

This court previously referred the parties to participate in an early neutral evaluation with Magistrate Judge Howard Lloyd. To clarify, the parties are referred to Magistrate Judge Howard Lloyd for a settlement conference and not for an early neutral evaluation, but this does not preclude an evaluation of the merits of the claim during the settlement conference.

**SO ORDERED.**

Dated: November 10, 2014

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

1
Case No. 5:14-cv-00877-PSG
ORDER CLARIFYING CASE SCHEDULING ORDER