*E-Filed: February 11, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUNG LAM,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SAN JOSE; et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C14-00877 PSG<br><br>**ORDER GRANTING DEFENDANT LARRY ESQUIVEL'S REQUEST TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE** |

　　　A settlement conference is set for February 20, 2015. Defendant Larry Esquivel requests that he be excused from attending the settlement conference. For good cause shown, his request is granted.

　　　**IT IS SO ORDERED.**

Dated: February 11, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-00877 PSG Notice will be electronically mailed to:**

Benjamin Nisenbaum     bnisenbaum@gmail.com

Clifford S. Greenberg     cao.main@sanjoseca.gov

John L. Burris     john.burris@johnburrislaw.com, arlene.branch@johnburrislaw.com, jlblawoffice@gmail.com, max.johnson@johnburrislaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**