JOHN L. BURRIS, Esq. State Bar #69888
BENJAMIN NISENBAUM, Esq. /State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oak port Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG LAM, individually, through his next friend, Kathy LAM,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, a municipal corporation; LARRY ESQUIVEL, in his capacity as Chief of Police for the CITY OF SAN JOSE; Officer DONDIE WEST, individually and her official position as a San Jose Police officer, and DOES 1-25, inclusive,<br><br>Defendants.<br>_____ / | Case No.  14-cv-00877 PSG<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 8 TO EXCLUDE OR LIMIT TESTIMONY OF DR. ALEX BARCHUK**<br><br>Pretrial Conference Date: October 6, 2015<br>Time: 10:00 a.m.<br>Courtroom 5<br><br>Trial Date:  October 19, 2015<br><br>Honorable Paul S. Grewal |

Plaintiff opposes Defendants' Motion *in limine* No. 8 to exclude testimony of Dr. Alex Barchuk only on the issue "costing" that was performed in Carol Hyland's report, on the same bases as Plaintiff opposed Defendants Motion *in limine* No. 5 to exclude testimony of Carol Hyland. *Bermudez v. Ciolek* 237 Cal.App. 4th 1311, 188 Cal.Rptr.3d 820, (June 22, 2015) is dispositive of Defendants' position.  Defendant's instant Motion *in limine* must be denied as to this issue.

Dated:  September 29, 2015

Respectfully submitted,

**THE LAW OFFICES OF JOHN L. BURRIS**

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum
Attorney for Plaintiff

PLAINTIFF'S  OPPOSITION TO DEFENDANTS' MOTIION *IN LIMINE* NO. 8 TO EXCLUDE OR LIMIT TESTIMONY OF DR. ALEX BARCHUK.                                                                                                                                                                  1