UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HUNG LAM, | ) | Case No. 5:14-cv-00877-PSG |
| Plaintiff, | ) ) | **ORDER RE: DEFENDANTS'** |
| | ) | **MOTION IN LIMINE NO. 9** |
| v. | ) | **(BIFURCATION)** |
| | ) | |
| CITY OF SAN JOSE, et al., | ) | **(Re: Docket Nos. 91, 101)** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants have moved in limine to bifurcate or trifurcate the trial in this case, separating the issues of liability, damages and possibly punitive damages.[1] Plaintiff Hung Lam objects on procedural grounds that the motion is untimely and on substantive grounds that it is unwarranted.[2] So that the court may consider the parties' positions before the status conference on the afternoon of Friday, October 2, Lam must file any response to this motion by Friday, October 2 at 9:00 AM.

**SO ORDERED.**

Dated: September 30, 2015

Paul S. Grewal

PAUL S. GREWAL
United States Magistrate Judge

---

[1] See Docket No. 91.

[2] See Docket No. 101.

United States District Court
For the Northern District of California