RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
CHRISTIAN B. NIELSEN, Chief Deputy City Attorney (87972)
CLIFFORD S. GREENBERG, Sr. Deputy City Attorney (122612)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendant CITY OF SAN JOSE,
a municipal corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUNG LAM, individually, through his next friend, KATHY LAM,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, a municipal corporation, LARRY ESQUIVEL, in his capacity of Chief of Police for the City of San Jose; Officer DONDI WEST, individually and in her official position, and DOES 1-25, inclusive,<br><br>Defendants. | Case Number:  14-CV-00877 PSG<br><br>**[PROPOSED] ORDER ALLOWING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM FOR USE AT TRIAL**<br><br>Trial Date:  November 30, 2015<br>Time:  9:30 a.m.<br>Courtroom 5<br><br>Honorable Paul S. Grewal |

Good Cause Appearing, IT IS HEREBY ORDERED that counsel for Defendant City of San Jose, including counsel's support staff assisting such counsel, may bring audio and visual equipment into the courthouse on November 25, 2015.  The equipment includes, but is not limited to projectors, projection screen, Elmo and laptops.

1    **IT IS SO ORDERED.**

2

3

4

5    Dated: 11/24/2015

6                                                    _____
                                                     HONORABLE PAUL S. GREWAL
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ALLOWING COUNSEL TO BRING            Case Number: 14-CV-00877 PSG
ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR USE AT    1266038.doc
TRIAL