JOHN L. BURRIS, Esq. State Bar #69888
BENJAMIN NISENBAUM, Esq. /State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oak port Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG LAM, individually, through his next friend, Kathy LAM,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SAN JOSE, a municipal corporation; LARRY ESQUIVEL, in his capacity as Chief of Police for the CITY OF SAN JOSE; Officer DONDIE WEST, individually and her official position as a San Jose Police officer,  and DOES 1-25, inclusive,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | Case No.  14-cv-00877 PSG<br><br>(**PROPOSED**) ORDER ALLOWING PLAINTIFF'S EXPERT WITNESS GREGG STUTCHMAN TO BRING AUDIO AND ELECTRONIC EQUIPMENT INTO COURTROOM FOR USE AT TRIAL |

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Expert Witness Gregg  Stutchman, and Plaintiff's counsel, and counsel's support staff, may bring electronic equipment into the Courtroom. The equipment includes, but is not limited to, a Bose speaker soundsystem, and an accompanying electronic playback system.

**IT IS SO ORDERED.**

Dated:  12/3/2015                              _Paul S. Grewal_
　　　　　　　　　　　　　　　　　Honorable Paul S. Grewal
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE