UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG LAM,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>        Defendants. | Case No. 14-cv-00877-PSG<br><br>**[PROPOSED] VERDICT FORM ON DAMAGES** |

1

Case No. 14-cv-00877-PSG
[PROPOSED] VERDICT FORM ON DAMAGES

## VERDICT FORM ON DAMAGES

When answering the following questions and filling out this verdict form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the jury instructions.  Please refer to the jury instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

1. What are Plaintiff Hung Lam's damages?

    Economic        $ _____

    Non-economic    $ _____

**Proceed to the next question.**

2. Do you find by a preponderance of the evidence that Mr. Lam is entitled to punitive damages?

    Yes _____ No _____

**If you answered "Yes," then answer the next question.  If you answered "No," stop here, answer no further questions and proceed to page 3.**

3. Please set forth the amount of punitive damages that you award against Defendant Officer Dondi West:

    $ _____

**Proceed to the next page.**

**Have the presiding juror sign and date this form.**


Signed: _____
                **Presiding Juror**


Dated: _____


After this verdict form has been signed and dated, notify the courtroom deputy that you are ready to present your verdict in the courtroom.

**SO ORDERED.**

Dated: December 16, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

3

Case No. 14-cv-00877-PSG
[PROPOSED] VERDICT FORM ON DAMAGES